UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SHAWNDRA FAISON,
    Plaintiff,

v.                                                     CASE NO.: 8:18-cv-03051-MSS-AEP

THE ADT CORPORATION,

    Defendant.

_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

**COMES NOW** the Plaintiff, Shawndra Faison, and the Defendant, The ADT Corporation, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), by and through their undersigned counsel, hereby stipulate to dismiss, with prejudice, each claim and count therein asserted by Plaintiff against the Defendant, in the above styled action, with Plaintiff and Defendant to bear their own attorney's fees, costs and expenses.

By:

| | |
|---|---|
| */s/ Amanda J. Allen, Esq.* | */s/ C. Sanders McNew, Esq.* |
| Amanda J. Allen, Esquire | C. Sanders McNew Esquire |
| Florida Bar No. 98228 | Florida Bar No. 0090561 |
| Amanda@TheConsumerProtectionFirm.com | mcnew@mcnew.net |
| THE CONSUMER PROTECTION FIRM | 2385 NW Executive Center Drive, Suite 100 |
| 4030 Henderson Blvd. | Boca Raton, FL 33431 |
| Tampa, FL 33629 | Tele: (561) 299-0257 |
| Tele: (813) 500-1500 | Fax: (561) 299-3705 |
| Fax: (813) 435-2369 | ***Attorney for Defendant*** |
| ***Attorney for Plaintiff*** | |

## **CERTIFICATE OF SERVICE**

      I certify that on March 12, 2019, a copy of the foregoing document was served on all counsel of record via CM/ECF.

                                 *s/Amanda J. Allen, Esq.*
                                 **Amanda J. Allen, Esquire**
                                 Florida Bar No. 98228
                                 Amanda@TheConsumerProtectionFirm.com
                                 Shenia@TheConsumerProtectionFirm.com
                                 THE CONSUMER PROTECTION FIRM, PLLC
                                 4030 Henderson Blvd.
                                 Tampa, FL 33629
                                 Tele:  (813) 500-1500
                                 Fax:  (813) 435-2369
                                 ***Attorney for Plaintiff***